UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JACQUELINE BELFORD,

      Plaintiff,

v.                                          3:08cv128-WS

COLIN EDWARD CAMPBELL,
UNITED STATES OF AMERICA, and
DEPARTMENT OF THE NAVY,

      Defendants.

_____

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

      Before the court is the defendants' motion to dismiss.  Doc. 10.  The defendants contend that Colin Edward Campbell and the Department of the Navy are improper parties to the plaintiff's Federal Tort Claims Act case.  The plaintiff agrees that dismissal of the two defendants is appropriate; however, she requests that dismissal of Colin Edward Campbell be without prejudice.

      The court having reviewed the defendants' motion, it is ORDERED:

      1.  The defendants' motion to dismiss (doc. 10) is GRANTED.

      2.  The Department of the Navy is DISMISSED with prejudice; Colin Edward Campbell is DISMISSED without prejudice.

      3.  The caption of the case shall hereinafter reflect that the United States of America is the only defendant.

DONE AND ORDERED this <u>   16th   </u> day of <u>   September   </u>, 2008.

<div style="margin-left: 40%;">
<u>s/ William Stafford                              </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE
</div>